UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-91-KJN |
| Plaintiff, | |
| v. | ORDER |
| ALYSSA L. GERVAIS, | |
| Defendant. | |

On August 22, 2018, the court conducted a trial confirmation hearing in this matter. Attorneys Michael Geers and Eric Chang appeared on behalf of the United States, and attorney Ben Jacob appeared on behalf of defendant. After discussion with the parties at the hearing, and for the reasons stated on the record, IT IS HEREBY ORDERED that:

1. A jury trial is confirmed for Friday September 14, 2018, at 9:00 a.m., in Courtroom No. 25 before Judge Newman. Defendant shall personally appear at trial. The first day of trial shall be limited to addressing any motions in limine, jury instructions, voir dire, and other preliminary matters, with jury selection to commence on Monday September 17, 2018, at 9:00 a.m. The trial is expected to take approximately 1-2 days (exclusive of the first day of trial on Friday September 14, 2018, related to preliminary matters, and any time for jury deliberations).

2. Any motions in limine shall be filed no later than August 31, 2018, at 4:00 p.m. Any opposition briefs are due September 5, 2018, by 4:00 p.m., and any reply briefs are due September 7, 2018, by 4:00 p.m.

3. Trial briefs are due September 7, 2018, by 4:00 p.m.

4. Proposed jury instructions are due September 7, 2018, by 4:00 p.m.[1]

5. Proposed voir dire is due September 7, 2018, by 4:00 p.m.

6. Proposed verdict forms are due September 7, 2018, by 4:00 p.m.

7. Exhibit lists and witness lists are due September 7, 2018, by 4:00 p.m.

Importantly, nothing in this order should be construed so as to shift the burden of proof to defendant, or so as to require defendant to present any evidence, file any motions, submit proposed instructions, etc. Although defendant may voluntarily choose to do so by the deadlines outlined above, defendant is not required to do so.

IT IS SO ORDERED.

Dated: August 24, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court encourages the parties to submit joint proposed jury instructions, if they are able to reach agreement as to some or all of the proposed instructions. That document should be captioned "Joint Proposed Jury Instructions." The parties may also propose any separate jury instructions on which they cannot agree. The parties are advised that the court's general preference is to use the <u>most current version</u> of the Ninth Circuit Court of Appeals's model jury instructions, where appropriate. If the parties wish to deviate from the model instructions, they shall submit briefing with citation to appropriate legal authority along with their proposed alternative instructions.