McGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
MICHAEL J. GEERS
Special Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00091-KJN |
| Plaintiff, | STIPULATION TO CONTINUE JURY TRIAL; ORDER |
| v. | DATE: September 17, 2018 |
| ALYSSA L. GERVAIS, | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled a jury trial to begin on September 14, 2018, at 9:00 a.m. The first day of trial was limited to addressing motions in limine, jury instructions, voir dire, and other preliminary matters, with jury selection to commence on Monday, September 17, 2018, at 9:00 a.m. By this stipulation, the parties now jointly move the jury trial to begin with jury selection on September 26, 2018, at 9:00 a.m. The second day of trial will

| 1 | commence on Friday, September 28, 2018, at 9:00 a.m.
| 2 |     2.   It is further stipulated that the time within which the

commence on Friday, September 28, 2018, at 9:00 a.m.

    2.   It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4.  Further, the ends of justice served in granting the continuance for the continuity of counsel and allowing the defense to further prepare for trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  September 5, 2018      McGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Eric J. Chang*
                                          ERIC J. CHANG
                                          Special Assistant U.S. Attorney

Dated:  September 5, 2018      */s/ Eric J. Chang for*
                                          BENJELLO JACOBS
                                          Counsel for Defendant
                                          Alyssa L. Gervais

                                          *Approved via email 9/5/2018*

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the jury trial, to begin with jury selection, is continued to September 26, 2018, at 9 a.m. The second day of trial will commence on Friday, September 28, 2018, at 9:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance for the continuity of counsel and allowing the defendant further time to prepare for trial outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through September 26, 2018.

The first day of trial, without the jury present, remains September 14, 2018, at 9:00 a.m.

FOUND AND ORDERED this 5th day of September 2018.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE